IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY, et al.,

Plaintiff(s)

Case No.   13-cv-580

J.P. MORGAN SECURITIES, LLC, et al.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Hector J. Valdes     of     Cravath, Swaine & Moore LLP
Attorney                    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New York
                                                                                                                                                       Jurisdiction

Dated this  18  Day of  September , 20  13

s/ *Hector Valdes*

Name    Hector J. Valdes

Firm    Cravath, Swaine & Moore LLP

Address Worldwide Plaza

        825 Eighth Avenue

City    New York          State NY       Zip 10019

E-Mail  hvaldes@cravath.com

Phone   (212) 474-1000