IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY,
et al.,

                Plaintiff(s)

Case No.  13-cv-580

J.P. MORGAN SECURITIES, LLC, et al.,

                Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

J. Wesley Earnhardt  of  Cravath, Swaine & Moore LLP
Attorney                                              Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  New York
                                                                                 Jurisdiction

Dated this  18  Day of  September , 20  13

s/ *[signature]*

Name    J. Wesley Earnhardt

Firm     Cravath, Swaine & Moore LLP

Address  Worldwide Plaza

            825 Eighth Avenue

City     New York           State NY     Zip  10019

E-Mail  wearnhardt@cravath.com

Phone  (212) 474-1000