IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CMFG LIFE INSURANCE COMPANY, et al.,

               Plaintiff(s)

Case No.  13-cv-580

J.P. MORGAN SECURITIES, LLC, et al.,

               Defendant(s)

---

**MOTION FOR ADMISSION *PRO HAC VICE***

---

Daniel Slifkin   of   Cravath, Swaine & Moore LLP
Attorney                Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New York
                                                                                              Jurisdiction

Dated this   18   Day of   September , 20  13

                         s/ _____

Name   Daniel Slifkin

Firm   Cravath, Swaine & Moore LLP

Address   Worldwide Plaza

             825 Eighth Avenue

City   New York           State NY      Zip  10019

E-Mail   dslifkin@cravath.com

Phone   (212) 474-1000