IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, and
MEMBERS LIFE INSURANCE COMPANY

           Plaintiffs,

      v.

J.P. MORGAN SECURITIES, LLC, BEAR,
STEARNS & CO. (n/k/a J.P. MORGAN
SECURITIES, LLC), WAMU CAPITAL CORP.,
and J.P. MORGAN CHASE BANK, N.A. (as
successor-in-interest to WAMU CAPITAL CORP.
and WASHINGTON MUTUAL BANK),

           Defendants.

Case No. 13-cv-00580

**STIPULATION FOR EXTENSION OF TIME TO MOVE OR ANSWER AND TO SET BRIEFING SCHEDULE**

NOW COME, Plaintiffs CMFG Life Insurance Company, CUMIS Insurance Society, Inc. and MEMBERS Life Insurance Company, and Defendants J.P. Morgan Securities, LLC, Bear, Stearns & Co., WaMu Capital Corp., and J.P. Morgan Chase Bank, N.A., by their undersigned counsel, and stipulate and agree as follows:

1. Defendants' time to answer, move or otherwise respond to Plaintiffs' Complaint shall be extended to and including November 8, 2013.

2. If Defendants move to dismiss the Complaint, Plaintiffs' response shall be filed no later than December 13, 2013, and Defendants' reply, if any, shall be filed no later than January 13, 2014.

3. The parties further agree that Defendants' opening brief and Plaintiffs' opposition brief each shall not exceed 40 pages, and that Defendants' reply, if any, shall not exceed 20 pages.

Dated: September 24, 2013

BAUER & BACH, LLC,

by

/s/ Peggy A. Lautenschlager
Peggy A. Lautenschlager
123 East Main Street, Suite 300
Madison, Wisconsin 53703
(608) 260-0292
lautenschlager@bauer-bach.com

Attorney for Plaintiffs

KOREIN TILLERY, LLC,

by

/s/ Michael E. Klenov
George A. Zelcs (*pro hac vice*)
205 North Michigan,
Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com

Greg G. Gutzler (*pro hac vice*)
Michael E. Klenov
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
ggutzler@koreintillery.com
mklenov@koreintillery.com

Attorneys for Plaintiffs

        KELLOGG, HUBER, HANSEN, TODD, EVANS
        & FIGEL, PLLC,

  by

    /s/ Scott K. Attaway
    David C. Frederick (*pro hac vice*)
    Andrew C. Shen (*pro hac vice*)
    Scott K. Attaway (*pro hac vice*)
    1615 M Street, N.W., Suite 400
    Washington, DC 20036
    (202) 326-7900
    dfrederick@khhte.com
    ashen@khhte.com
    sattaway@khhte.com

Attorneys for Plaintiffs

Dated: September 24, 2013

CRAVATH, SWAINE & MOORE LLP,

By

    /s/ J. Wesley Earnhardt
    Daniel Slifkin (*pro hac vice*)
    J. Wesley Earnhardt (*pro hac vice*)
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1000
    dslifkin@cravath.com
    wearnhardt@cravath.com

Attorneys for Defendants