UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY, et al.,

      Plaintiffs,

v.                                                                             Case No. 13-cv-580-wmc

J.P. MORGAN SECURITIES, LLC, et al.,

      Defendants.

## NOTICE OF APPEARANCE OF MATTHEW J. SPLITEK

PLEASE TAKE NOTICE that Matthew J. Splitek of Quarles & Brady LLP appears as counsel for Defendants and requests that a copy of all proceedings and papers in this action be served on him through the Court's CM/ECF system or at the following address:

> Matthew Splitek
> Quarles & Brady LLP
> 33 East Main Street, Ste 900
> Madison, WI 53703
> (608) 283-2454
> Fax: (608) 294-4914
> matthew.splitek@quarles.com

QB\22845706.1

-2-

Dated this 27th of September, 2013

 s/ Matthew J. Splitek
Daniel Slifkin
J. Wesley Earnhardt
Hector Valdes
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000
dslifkin@cravath.com
wearnhardt@cravath.com
hvaldes@cravath.com

Donald K. Schott, SBN 1010075
Matthew J. Splitek, SBN 1045592
QUARLES & BRADY LLP
33 East Main Street, Ste 900
Madison, WI 53703
(608) 283-2426
don.schott@quarles.com
matthew.splitek@quarles.com

Attorneys for Defendants