IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG Life Insurance Co. et al.,

Plaintiff(s)

Case No.   3:13-cv-00580-wmc

J.P. Morgan Securities, LLC, et al.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Scott K. Attaway   of   Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Attorney                  Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   District of Columbia
                                                                                                   Jurisdiction

Dated this   1   Day of   November  , 20   13

s/ Scott K. Attaway

Name    Scott K. Attaway

Firm    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Address   1615 M Street, N.W.

          Suite 400

City    Washington         State  DC     Zip   20036

E-Mail   sattaway@khhte.com

Phone    202-326-7900