IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG Life Insurance Co. et al.,

Plaintiff(s)

Case No.  3:13-cv-00580-wmc

J.P. Morgan Securities, LLC, et al.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Silvija A. Strikis       of       Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Attorney                         Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  District of Columbia

Jurisdiction

Dated this   1   Day of   November  , 20  13

s/ Silvija A. Strikis

Name    Silvija A. Strikis

Firm    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Address  1615 M Street, N.W.

Suite 400

City    Washington             State DC     Zip  20036

E-Mail  sstrikis@khhte.com

Phone   202-326-7900