**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, and
MEMBERS LIFE INSURANCE COMPANY

                Plaintiffs,

        v.

J.P. MORGAN SECURITIES, LLC, BEAR,
STEARNS & CO. (n/k/a J.P. MORGAN
SECURITIES, LLC), WAMU CAPITAL CORP.,
and J.P. MORGAN CHASE BANK, N.A. (as
successor-in-interest to WAMU CAPITAL CORP.
and WASHINGTON MUTUAL BANK),

                Defendants.

Case No. 13-cv-00580

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants hereby move to dismiss with prejudice the Complaint filed in the above-captioned action by CMFG Life Insurance Company, CUMIS Insurance Society and MEMBERS Life Insurance Company (collectively, "CUNA") pursuant to Federal Rule of Civil Procedure 12(b)(6). CUNA's Complaint should be dismissed in its entirety with prejudice because CUNA's claims all either are time-barred, fail as a matter of law, or both. The grounds for this motion are set forth more fully in the concurrently filed memorandum of law.

Dated: November 8, 2013

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP,

By /s/ J. Wesley Earnhardt
Daniel Slifkin (*pro hac vice*)
J. Wesley Earnhardt (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
dslifkin@cravath.com
wearnhardt@cravath.com

QUARLES & BRADY LLP,

By: Donald K. Schott (WBN 1010075)
Matthew J. Splitek (WBN 1045592)
33 East Main St, Ste 900
Madison, WI 53701
608-283-2426
don.schott@quarles.com
matthew.splitek@quarles.com

Attorneys for Defendants