IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG Life Insurance Co. et al.,

Plaintiff(s)

Case No.    3:13-cv-00580-wmc

J.P. Morgan Securities, LLC, et al.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Whitney C. Cloud    of    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Attorney                       Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter.  I certify that I am an attorney in good standing licensed to practice in    New York

Jurisdiction

Dated this    11    Day of    December    , 20    13

s/ Whitney C. Cloud

Name    Whitney C. Cloud

Firm    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Address    1615 M Street, N.W.

Suite 400

City    Washington        State DC        Zip    20036

E-Mail    wcloud@khhte.com

Phone    202-326-7900