IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG Life Insurance Co. et al.,

Plaintiff(s)

Case No.   3:13-cv-00580-wmc

J.P. Morgan Securities, LLC, et al.,

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

David C. Frederick   of   Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Attorney                       Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter.  I certify that I am an attorney in good standing licensed to practice in   District of Columbia
Jurisdiction

Dated this   11   Day of   December  , 20   13

s/ David C. Frederick

Name    David C. Frederick

Firm    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Address  1615 M Street, N.W.

         Suite 400

City    Washington            State DC    Zip   20036

E-Mail  dfrederick@khhte.com

Phone   202-326-7900