**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, and
MEMBERS LIFE INSURANCE COMPANY

          Plaintiffs,

     v.

J.P. MORGAN SECURITIES, LLC, BEAR,
STEARNS & CO. (n/k/a J.P. MORGAN
SECURITIES, LLC), WAMU CAPITAL CORP.,
and J.P. MORGAN CHASE BANK, N.A. (as
successor-in-interest to WAMU CAPITAL CORP.
and WASHINGTON MUTUAL BANK),

          Defendants.

Case No. 13-cv-00580

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

Notice is hereby given that attorney Hector J. Valdes, formerly with Cravath, Swaine & Moore LLP, has withdrawn as counsel of record for Defendants J.P. Morgan Securities, LLC, Bear, Stearns & Co. (n/k/a J.P. Morgan Securities, LLC), WaMu Capital Corp., and J.P. Morgan Chase Bank, N.A. ("Defendants").  The Defendants continue to be represented by the attorneys listed below from the offices of Cravath, Swaine & Moore LLP and Quarles & Brady LLP.  The undersigned requests that Hector J. Valdes be removed from the Court's and counsels' service lists.

Dated:      January 13, 2014                    Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP,

By
_____
/s/ J. Wesley Earnhardt
Daniel Slifkin (*pro hac vice*)
J. Wesley Earnhardt (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
dslifkin@cravath.com
wearnhardt@cravath.com


QUARLES & BRADY LLP,

By:   Donald K. Schott (WBN 1010075)
Matthew J. Splitek (WBN 1045592)
33 East Main St, Ste 900
Madison, WI 53701
(608) 283-2426
don.schott@quarles.com
matthew.splitek@quarles.com

Attorneys for Defendants