IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN SECURITIES, LLC, BEAR, STEARNS & CO. (n/k/a J.P. MORGAN SECURITIES, LLC), WAMU CAPITAL CORP., and J.P. MORGAN CHASE BANK, N.A. (as successor in interest to WAMU CAPITAL CORP. and WASHINGTON MUTUAL BANK),<br><br>Defendants. | Case No. 13-cv-00580-wmc |

**JOINT REQUEST FOR ORDER
DESIGNATING FIRST AMENDED COMPLAINT AS OPERATIVE PLEADING
FOR DETERMINATION OF DEFENDANTS' MOTION TO DISMISS**

On January 23, 2014, the Court ordered Plaintiffs CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company (collectively, "CUNA Mutual") to "file and serve an amended complaint containing good faith allegations sufficient to establish complete diversity of citizenship for purposes of determining subject matter jurisdiction under 28 U.S.C. § 1332." Order, Dkt. No. 34 at 3. Consistent with that Order, CUNA Mutual has filed contemporaneously with this request a First Amended Complaint directed against Defendants J.P. Morgan Securities LLC, Bear, Stearns & Co., WaMu Capital Corp. and J.P. Morgan Chase Bank, N.A. (collectively, "Defendants").

The First Amended Complaint is identical to CUNA Mutual's original Complaint in all respects but one: Consistent with the Court's Order, Paragraph 135 of the pleading has been amended to reflect that Defendant J.P. Morgan Securities, LLC has one member, J.P. Morgan Broker-Dealer Holdings Inc., a Delaware corporation with its principal place of business in New York. Because Defendants do not contest the accuracy of the new allegations contained in Paragraph 135, the parties hereby jointly request that, in the event the Court determines it has subject matter jurisdiction over this case, the Court enter an order designating Defendants' Motion to Dismiss filed November 8, 2013, Dkt. No. 15, and both parties' briefing related to that Motion, as directed to CUNA Mutual's First Amended Complaint, and ordering that neither additional briefing of that Motion, nor an additional motion to dismiss, be required.

Dated: February 6, 2014

Respectfully submitted,

　/s/ Silvija A. Strikis_____
Silvija A. Strikis (*pro hac vice*)
Scott K. Attaway (*pro hac vice*)
**Kellogg, Huber, Hansen, Todd,**
  **Evans & Figel, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292

George A. Zelcs (*pro hac vice*)
**Korein Tillery, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750

*Counsel for Plaintiffs*

　/s/ J. Wesley Earnhardt_____
Daniel Slifkin (*pro hac vice*)
J. Wesley Earnhardt (*pro hac vice*)
**CRAVATH, SWAINE &**
**MOORE LLP**

Donald K. Schott (WBN 1010075)
Matthew J. Splitek (WBN 1045592)

2

| | |
|---|---|
| **QUARLES & BRADY LLP**<br>33 East Main Street, Suite 900<br>Madison, WI 53701<br>(608) 283-2426 | Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br><br>*Counsel for Defendants* |