IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>J.P. MORGAN SECURITIES, LLC, BEAR, STEARNS & CO. (n/k/a J.P. MORGAN SECURITIES, LLC), WAMU CAPITAL CORP., and J.P. MORGAN CHASE BANK, N.A. (as successor in interest to WAMU CAPITAL CORP. and WASHINGTON MUTUAL BANK),<br><br>    Defendants. | Case No. 13-cv-00580-wmc |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Plaintiffs CMFG Life Insurance Company, CUMIS Insurance Society, and Members Life Insurance Company.

Dated:  July 29, 2014                    Respectfully submitted,


/s/ Steven M. Berezney
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
**Korein Tillery, LLC**
505 N. 7th Street, Suite 3600

St. Louis, MO 63101
(314) 241-4844
ggutzler@koreintillery.com
tspicer@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com

George A. Zelcs (*pro hac vice*)
Matthew C. Davies (*pro hac vice*)
**Korein Tillery, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com

David C. Frederick (*pro hac vice*)
Silvija A. Strikis (*pro hac vice*)
Scott K. Attaway (*pro hac vice*)
Whitney C. Cloud (*pro hac vice*)
**Kellogg, Huber, Hanesen, Todd,
   Evans & Figel, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292

Counsel for Plaintiffs