**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, and
MEMBERS LIFE INSURANCE COMPANY

                    Plaintiffs,

        v.

J.P. MORGAN SECURITIES, LLC, BEAR,
STEARNS & CO. (n/k/a J.P. MORGAN
SECURITIES, LLC), WAMU CAPITAL CORP.,
and J.P. MORGAN CHASE BANK, N.A. (as
successor-in-interest to WAMU CAPITAL CORP.
and WASHINGTON MUTUAL BANK),

                    Defendants.

Case No. 13-cv-00580

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CUNA MUTUAL'S MOTION FOR LEAVE TO AMEND**

---

        Defendants, by their undersigned counsel, request that the Court modify the schedule set on July 31, 2014 relating to CUNA Mutual's Motion for Leave to Amend its Complaint filed on July 30, 2014 (Dkt. 43). The parties have agreed to modify the briefing schedule for CUNA Mutual's Motion by extending Defendants' time to respond from August 21, 2014 to August 28, 2014, and by extending CUNA Mutual's time to reply from September 2, 2014 to September 9, 2014. The parties respectfully request that the Court enter an order consistent with the parties' agreement.

        CUNA Mutual consents to these proposed extensions.

Dated: August 5, 2014

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP,

By
<u>/s/ J. Wesley Earnhardt</u>
Daniel Slifkin (*pro hac vice*)
J. Wesley Earnhardt (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
dslifkin@cravath.com
wearnhardt@cravath.com

QUARLES & BRADY LLP,

By: Donald K. Schott (WBN 1010075)
Matthew J. Splitek (WBN 1045592)
33 East Main St, Ste 900
Madison, WI 53701
608-283-2426
don.schott@quarles.com
matthew.splitek@quarles.com

Attorneys for Defendants