IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN SECURITIES, LLC, BEAR, STEARNS & CO. (n/k/a JPMORGAN SECURITIES, LLC), WAMU CAPITAL CORP., and JPMORGAN CHASE BANK, N.A. (as successor-in-interest to WAMU CAPITAL CORP. and WASHINGTON MUTUAL BANK),<br><br>Defendants. | Case No. 13-CV-00580<br><br>Hon. William M. Conley |

**CUNA MUTUAL'S MOTION TO STAY PENDING DECISION ON APPEAL IN A SIMILAR CASE**

Plaintiff CUNA Mutual[1] respectfully seeks a temporary stay pending decision on appeal from the court by the Seventh Circuit on several threshold issues that will necessarily impact this case. *See CMFG Life Ins. Co. v. RBS Securities, Inc.*, No. 14-2904 (7th Cir. filed Aug. 28, 2014), *on appeal from CMFG Life Ins. Co. v. RBS Securities, Inc.*, No. 12-CV-037-WMC (W.D. Wis.), (Conley, J.). In support of this motion, CUNA Mutual incorporates its brief in support as if fully stated herein.

---

[1] "CUNA Mutual" is the collective reference to three Plaintiffs in the underlying case: CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company.

WHEREFORE, CUNA Mutual respectfully requests that the Court issue a temporary stay of the case pending the Seventh Circuit's decision in *RBS*.

| | |
|---|---|
| DATE: October 3, 2014 | */s/ Silvija A. Strikis* <br> David C. Frederick (*pro hac vice*) <br> Silvija A. Strikis (*pro hac vice*) <br> Scott K. Attaway (*pro hac vice*) <br> **Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.** <br> 1615 M Street, N.W., Suite 400 <br> Washington, D.C. 20036 <br> (202) 326-7900 <br> dfrederick@khhte.com <br> sstrikis@khhte.com <br> sattaway@khhte.com <br> <br> Greg G. Gutzler <br> Tamara M. Spicer <br> Steven M. Berezney <br> Michael E. Klenov <br> John C. Craig <br> Garrett R. Broshuis <br> **Korein Tillery, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO 63101 <br> (314) 241-4844 <br> ggutzler@koreintillery.com <br> tspicer@koreintillery.com <br> sberezney@koreintillery.com <br> mklenov@koreintillery.com <br> jcraig@koreintillery.com <br> gbroshuis@koreintillery.com <br> <br> George A. Zelcs (*pro hac vice*) <br> **Korein Tillery, LLC** <br> 205 North Michigan, Suite 1950 <br> Chicago, IL 60601 <br> (312) 641-9750 <br> gzelcs@koreintillery.com <br> <br> Peggy A. Lautenschlager |

**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292
lautenschlager@bauer-bach.com

***Counsel for Plaintiffs***